# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 15, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

138713

_____

In re AXZALIA MONET JERNAGIN, Minor.

_____

DEPARTMENT OF HUMAN SERVICES,
          Petitioner-Appellee,

v

CARL FULBRIGHT,
          Respondent-Appellant.

_____/

SC: 138713
COA: 288098
Oakland CC Family Division:
07-732656-NA

On order of the Court, the application for leave to appeal the March 31, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 15, 2009

_____
Clerk

s0512